UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SAINGERARD SAINGELUS,
JACQUES PATRICK,
MARCKSON ST. FLEUR, and
ALAN SAJOUS,
    Plaintiffs,

v.                          Case No.:

DONALD TRUMP,
    Defendant.
_____/

FILED BY PG
Jan 3, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. MIAMI

## MOTION FILING LAWSUIT FOR DEFAMATION OF CHARACTER

COMES NOW, Plaintiffs Saingerard Saingelus, Jacques Patrick, Marckson St. Fleur, and Alan Sajous, Pro Se, to hereby file this lawsuit against Donald Trump for defamation of character. During "CNN" Evening News on December 23, 2017, Mr. Trump stated that all Haitian Immigrants have A.I.D.S.. For a man in Mr. Trump's position to come across as a xenophobe on national prime time television is extremely disturbing and hinges on racism.

WHEREFORE, the Plaintiffs in the instant lawsuit are specifically demanding $40 million U.S.D. to compensate for the mental, psychological, emotional, and spiritual anguish suffered due to Mr. Trump's statement, which was addressed to the entire nation in an attempt to vilify Haitian Immigrants.

Respectfully Submitted,

s/ _____
Mr. Saingerard Saingelus 55728-004

s/ _____
Mr. Jacques Patrick 06302-104

Pg 1 of 2

s/ Marckson-Fleur
Mr. Marckson St. Fleur 83708-004

s/ [signature]
Mr. Alan Sajous 98286-004

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY under penalty of perjury pursuant to § 1746 that the foregoing lawsuit is true and correct and that it was given to prison staff pursuant to the "prison mailbox rule" to be sent via U.S. Mail to the United States District Court for the Southern District of Florida, Attn: District Court Clerk @ 400 North Miami Avenue, Room 8N09, Miami, Florida 33128, to be entered in the Docket for all parties of interest. On this 26th day of December, 2017.

Respectfully Submitted,

s/ [signature]
Mr. Saingerard Saingetus 55728-004

s/ [signature]
Mr. Jacques Patrick 06302-104

s/ Marckson St-Fleur
Mr. Marckson St. Fleur 83708-004

s/ [signature]
Mr. Alan Sajous 98286-004

FCI Edgefield Medium
P.O. Box 725
Edgefield, South Carolina 29824

\* Should be duly noted for the record that all four (4) Plaintiffs are being held in custody at FCI Edgefield Medium.

Alan Sajous 98286-004
Federal Correctional Institution, Edgefield Medium, AUGUSTA GA 309
P.O. Box 725  Unit B-2
Edgefield, South Carolina 298 27 DEC 2017 PM 2

USMS
INSPECTED
RECEIVED

Us District Court
400 N Miami Ave, Rm 8N09
Miami, FL 33128
United States

3312881805
PRIVATE

LEGAL MAIL

CONFIDENTIAL

Federal Prison
PO Box 723
Edgefield, SC 29824

The enclosed letter was processed through special inmate procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Initials _____ Date 12/27/17